IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOANNE HENDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS DEL TORO, SECRETARY U.S. DEPARTMENT OF THE NAVY, <br><br> Defendants. | CV 24-31-H-KLD <br><br><br> ORDER |

    Plaintiff moves for the admission of Marc. E Pasekoff to practice before this Court in this case with Adrienne M. Tranel to act as local counsel. Mr. Pasekoff's application appears to be in order.

    Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Marc E. Pasekoff pro hac vice is GRANTED on the condition that Mr. Pasekoff shall do his own work. This means that Mr. Pasekoff must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Local counsel may move for the admission pro hac vice of one (1) associate of Mr. Pasekoff's firm. Such associate, if duly admitted, shall

1

be authorized to participate in this case on the same terms and conditions as Mr. Pasekoff.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Pasekoff, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of October, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge